## CURVIN v. STATE.
### No. 22848.

Court of Criminal Appeals of Texas.
May 10, 1944.

G. Q. Youngblood, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The offense is an assault with intent to murder. The punishment assessed is confinement in the state penitentiary for a term of eight years.

The record is before this court without a statement of facts or bills of exception. The indictment and all matters of procedure appear to be regular.

The judgment of the trial court is affirmed.